UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FINANCIAL DESIGNS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EVANSTON INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 1:22-cv-21941 |

**JOINT NOTICE OF SETTLEMENT**

The parties, Financial Designs, Inc. and Evanston Insurance Company (collectively, the "Parties"), hereby submit this Joint Notice of Settlement to advise the Court that a settlement has been reached in this matter between the Parties. Accordingly, any pending hearings, motions, and/or proceedings are hereby deemed moot, and the Parties respectfully request that the Court cancel the Pre-Trial Conference set for August 4, 2023. The Parties will shortly submit the appropriate papers for the dismissal of this action, with prejudice, with each party to bear its own costs and fees once the settlement documents are finalized and executed.

| HINSHAW & CULBERTSON LLP | CAREY RODRIGUEZ, LLP |
|---|---|
| */s/ Daniel B. Robinson* | */s/ Ethan B. Rodriguez* |
| **NICOLE DI PAULI GOULD** | **JUAN J. RODRIGUEZ** |
| Florida Bar No. 110363 | Florida Bar No. 613843 |
| ngould@hinshawlaw.com | jrodriguez@careyrodriguez.com |
| **DANIEL B. ROBINSON** | **ETHAN B. RODRIGUEZ** |
| Florida Bar No. 1038921 | Florida Bar No. 1036022 |
| drobinson@hinshawlaw.com | erodriguez@careyrodriguez.com |
| 2525 Ponce de Leon Blvd., 4th Floor | 1395 Brickell Ave., Ste. 700 |
| Coral Gables, FL 33134 | Miami, FL 33131 |
| Telephone: (305) 428 5096 | Telephone: (305) 372-7474 |
| Facsimile: (305) 577-1063 | Facsimile: (305) 372-7475 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

314360368.v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Daniel B. Robinson*
**NICOLE DI PAULI GOULD**
Florida Bar No. 110363
ngould@hinshawlaw.com
**DANIEL B. ROBINSON**
Florida Bar No. 1038921
drobinson@hinshawlaw.com
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-428-5096
Facsimile: 305-577-1063
*ATTORNEYS FOR EVANSTON INSURANCE COMPANY*