**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 1:22-cv-21941-JLK

FINANCIAL DESIGNS, INC.,

    Plaintiff,

vs.

EVANSTON INSURANCE COMPANY,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Notice of Settlement (DE 45) filed August 3, 2023, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-styled case is hereby **DISMISSED**. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case (DE 29, 30, 31, 42) are hereby **DENIED** as moot.

3. The **Pretrial Conference** previously set for **August 4, 2023** and the **Trial** previously set for **October 2, 2023** are hereby **CANCELED**.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of August, 2023.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**